1  MELINDA HAAG (CABN 132612)
United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division
4
5  WILLIAM FRENTZEN (LABN 24421)
SUSAN BADGER (CABN 124365)
6  S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys
7       450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
8       Telephone: (415) 436-6959
    FAX: (415) 436-6753
9       william.frentzen@usdoj.gov
    Susan.badger@usdoj.gov
10  Attorneys for United States of America

FILED

MAR 24 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



3   14   70421

IN RE: APPLICATIONS OF THE UNITED ) CASE NO.
STATES OF AMERICA FOR )
COMPLAINT, ARREST WARRANTS ) SEALING APPLICATION AND
AND SEARCH WARRANTS ) [PROPOSED] SEALING ORDER
)
)
)
)
)



    The United States hereby applies for an order directing that the criminal complaints, search warrants, arrest warrants and supporting affidavits in the above-titled matter, together with the application, and this court's sealing order, be kept under seal until further order of the Court. The United States requests that the above-described materials be sealed to preserve the

SEALING APPLICATION AND SEALING ORDER

confidentiality of the ongoing investigation described in the affidavits and to prevent individuals from learning of the existence of the arrest warrants and search warrants prior to their execution.

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: March 23, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

WILLIAM FRENTZEN
Assistant United States Attorney

## ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The search warrants and supporting affidavit as well as the arrest warrants and supporting affidavit in the above-titled matter, together with the application, and this Court's sealing order, be kept under seal until further order of the Court.

IT IS SO ORDERED.

DATED: March 23, 2014

HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE