| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 37 min | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lili M. Harrell | | | REPORTER/FTR<br>Lydia Zinn   (11:06am - 11:43am) | | |
| MAGISTRATE JUDGE<br>Nathanael Cousins | | DATE<br>April 1, 2014 | | | NEW CASE<br>☐ | CASE NUMBER<br>3:14-mj-70421 MAG -04 | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Keith Jackson | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>James Brosnahan | | PD. ☐  RET. ☐<br>APPT. ☒ | |
| U.S. ATTORNEY<br>Will Frentzen, Susan Badger | | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Allen Lew | | DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ | PARTIAL PAYMENT OF CJA FEES | ☐ |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | | ☐ PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | | ☐ ARRAIGNMENT | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | | ☐ OTHER |
| ☒ DETENTION HRG HELD | | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | | CORPORATE SECURITY ☐ | | | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>4/3/14 | | ☐ ATTY APPT HEARING | ☒ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☐ TRIAL SET |
| AT:<br>11:00am | | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | | ☐ CHANGE OF PLEA | | ☐ STATUS |
| BEFORE HON.<br>Cousins | | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Court to adopt the recommendation of Pretrial Services with property to be posted. Matter continued for further hearing and proposed sureties shall be present.

DOCUMENT NUMBER:

*FILED APR 0 1 2014 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*